```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CHAMBERS OF THE HON. THOMAS P. GRIESA, USDJ
500 PEARL STREET
NEW YORK, NY 10007

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Municipal Employees Retirement System of  :
Louisiana,
                Plaintiff,      :

        - v -                             :

Tremont Group Holdings, Inc., et al.,   :

                Defendants.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF CONFERENCE
WITH THE COURT

10 Civ. 1805 (TPG)

Please be advised that the above-captioned action as been assigned to Judge Thomas P. Griesa.

Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, and fixing a trial date and discussing settlement.

This in-person conference will be held on **April 29, 2015 at 12:00PM**, in Courtroom 26B of the United States Courthouse, 500 Pearl Street, New York, New York 10007. **There are no cancellations. Kindly confirm this date with your adversary or adversaries.**
All communications regarding this matter should be directed to Judge Griesa's Clerk:

        Mr. Ken Zaepfel
        U.S. District Court, Clerk's Office
        500 Pearl Street
        New York, NY 10007
        (212) 805-0101

Please **DO NOT** telephone the Judge's Chambers except in case of emergency.

DATED: NEW YORK, N.Y.
         April 13, 2016

cc: Eric B. Landry, Esq.
    Robert B. Bieck, Jr., Esq.
    David S. Rubin, Esq.
    Gabriel A. Krowson, Esq. & David J. Kanfer, Esq.

*/s/ Kenneth R. Zaepfel*
KENNETH R. ZAEPFEL
U.S. Deputy Clerk
for
HON. THOMAS P. GRIESA,
U.S. DISTRICT JUDGE